1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   HANNAH R.LABAREE, #294338
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    JOSIAH HERENA

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No. 2:16-cr-185 MCE
                                       )
11                     Plaintiff,      )  STIPULATION AND ORDER
                                       )  TO CONTINUE STATUS CONFERENCE
12          v.                         )
                                       )  DATE:      November 3, 2016
13  JOSIAH HERENA                      )  TIME       10:00 a.m.
                                       )  JUDGE:     Hon. Morrison C. England, Jr.
14                     Defendant.      )
                                       )
15

16          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

17  Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff,

18  and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hannah R.

19  Labaree, attorney for Josiah Herena, that the status conference scheduled for November 3, 2016

20  be vacated and be continued to December 1, 2016 at 10:00 a.m.

21          Defense counsel requires additional time to review discovery with the defendant and

22  pursue investigation, as well as continue negotiations toward a non-trial disposition.

23          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24  excluded from this order's date through and including December 1, 2016,  pursuant to 18 U.S.C.

25  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

26  based upon continuity of counsel and defense preparation.

27  / / /

28  / / /

    Stipulation and Order                -1-

1    DATED: October 21, 2016                    Respectfully submitted,

2                                               HEATHER E. WILLIAMS
                                                Federal Defender
3

4                                               /s/ Hannah R. Labaree
                                                HANNAH R. LABAREE
5                                               Assistant Federal Defender
                                                Attorney for JOSIAH HERENA
6

7    DATED: October 21, 2016                    PHILLIP A. TALBERT
                                                Acting United States Attorney
8

9                                               /s/ Cameron Desmond
                                                CAMERON DESMOND
10                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 1, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the November 3, 2016 status conference shall be continued until December 1, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE