| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
JOSIAH HERENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-185 MCE |
|---|---|---|
| Plaintiff, | ) | **AMENDED** NOTICE OF EXCLUSION OF TIME; ORDER |
| v. | ) | |
| JOSIAH HERENA, | ) | |
| Defendant. | ) | |

On the Court's own motion of November 21, 2016, the status conference scheduled for December 7, 2016 is vacated and continued to December 15, 2016 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 15, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: November 29, 2016          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for JOSIAH HERENA

-2-

| | |
|---|---|
| 1    DATED: November 29, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | |
| 3 | */s/ Cameron Desmond*<br>CAMERON DESMOND |
| 4 | Assistant U.S. Attorney<br>Attorney for Plaintiff |

Notice of Exclusion of Time

**ORDER**

The Court orders the time from November 21, 2016, up to and including December 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  November 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE