HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSIAH HERENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSIAH HERENA,<br><br>　　　　　Defendant. | Case No. 2:16-cr-185 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　December 15, 2016<br>TIME　　10:00 a.m.<br>JUDGE:　Hon. Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Josiah Herena, that the status conference scheduled for December 15, 2016 be vacated and be continued to January 5, 2017 at 10:00 a.m.

　　　Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 5, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Stipulation and Order　　　　　　　　　　-1-

| | | |
|---|---|---|
| 1 | DATED: December 13, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Hannah R. Labaree* |
| | | HANNAH R. LABAREE |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for JOSIAH HERENA |
| 7 | DATED: December 13, 2016 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Cameron Desmond* |
| | | CAMERON DESMOND |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

Stipulation and Order

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 5, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 15, 2016 status conference shall be continued until January 5, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE