1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   HANNAH R. LABAREE, #294338
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    JOSIAH HERENA
6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Case No. 2:16-cr-185 MCE
                                       )
11                   Plaintiff,        )   **SECOND AMENDED** STIPULATION AND
                                       )   ORDER
12       v.                            )   TO CONTINUE STATUS CONFERENCE
                                       )
13  JOSIAH HERENA                      )   DATE:       December 15, 2016
                                       )   TIME        10:00 a.m.
14                   Defendant.        )   JUDGE:      Hon. Morrison C. England, Jr.
                                       )
15

16       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17  Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff,

18  and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hannah R.

19  Labaree, attorney for Josiah Herena, that the status conference scheduled for January 5, 2017 be

20  vacated and be continued to January 26, 2017 at 10:00 a.m.

21       Defense counsel requires additional time to review discovery with the defendant and

22  pursue investigation, as well as continue negotiations toward a non-trial disposition.

23       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24  excluded from January 5, 2017 through and including January 26, 2017, pursuant to 18 U.S.C.

25  §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

26  based upon continuity of counsel and defense preparation.

27

28

    Stipulation and Order                     -1-

1    DATED: January 6, 2017                    Respectfully submitted,

2                                              HEATHER E. WILLIAMS
                                               Federal Defender
3

4                                              */s/ Hannah R. Labaree*
                                               HANNAH R. LABAREE
5                                              Assistant Federal Defender
                                               Attorney for JOSIAH HERENA
6

7    DATED: January 6, 2017                    PHILLIP A. TALBERT
                                               United States Attorney
8

9                                              */s/ Cameron Desmond*
                                               CAMERON DESMOND
10                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    -2-

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from January 5, 2017, up to and including January 26, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 5, 2017 status conference shall be continued until January 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE