1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    HANNAH R. LABAREE, #294338
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA 95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     JOSIAH HERENA

6

7

8                 UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,    )   Case No. 2:16-cr-185 MCE
                             )
11              Plaintiff,    )   STIPULATION AND ORDER
                             )   TO CONTINUE STATUS CONFERENCE
12        v.                  )
                             )   DATE:      February 16, 2017
13   JOSIAH HERENA          )   TIME        10:00 a.m.
                             )   JUDGE:     Hon. Morrison C. England, Jr.
14            Defendant.    )
                             )

15

16        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

17 Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff,

18 and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hannah R.

19 Labaree, attorney for Josiah Herena, that the status conference scheduled for February 16, 2017

20 be vacated and be continued to March 16, 2017 at 10:00 a.m.

21        Defense counsel requires additional time to review discovery with the defendant and

22 pursue investigation, as well as continue negotiations toward a non-trial disposition.

23        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

24 excluded from February 16, 2017 through and including March 16, 2017, pursuant to 18 U.S.C.

25 §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

26 based upon continuity of counsel and defense preparation.

27

28

1   DATED: February 14, 2017                    Respectfully submitted,

2                                               HEATHER E. WILLIAMS
                                                Federal Defender
3

4                                               /s/ Hannah R. Labaree
                                                HANNAH R. LABAREE
5                                               Assistant Federal Defender
                                                Attorney for JOSIAH HERENA
6

7   DATED: February 14, 2017                    PHILLIP A. TALBERT
                                                United States Attorney
8

9                                               /s/ Cameron Desmond
                                                CAMERON DESMOND
10                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from February 16, 2017, up to and including March 16, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4) March 16, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE