HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH R. LABAREE, SBN 294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JOSIAH HERENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIAH HERENA,<br><br>Defendant. | Case No. 2:16-cr-185 MCE<br><br>**ORDER AUTHORIZING DEFENDANT TO APPEAR TELEPHONICALLY OR BY VIDEOTELECONFERENCE FOR DISPOSITIONAL HEARING PURSUANT TO CARES ACT AND GENERAL ORDER 614** |

IT IS SO ORDERED, pursuant to the CARES Act at section 15002(b) and General Order 614, that Mr. Josiah Herena's personal appearance at the Dispositional Hearing set for May 7, 2020, be made by telephonic or videoteleconference in lieu of physical appearance.

IT IS SO ORDERED.

Dated:  April 17, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-