HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSIAH HERENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00185-MCE |
| Plaintiff, | STIPULATED REQUEST FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | Hon.  Morrison C. England |
| JOSIAH HERENA, | |
| Defendant. | |

On May 12, 2020, the defendant, JOSIAH HERENA, was sentenced to a term of 9 months in custody for violating his terms of supervised release. CR 66. He is currently incarcerated at the Sacramento County Jail.  He is slated for release from custody onto Supervised Release on Sunday, June 14, 2020.

The parties hereby request that the following condition be added to the existing conditions of Mr. Herena's supervised release:

> The defendant shall reside and participate in a residential community corrections center, for a period of up to 180 days; said placement shall commence as directed by the Probation Officer pursuant to 18 U.S.C. § 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

///

///

///

Such a condition will provide necessary support to Mr. Herena upon re-entry following release from custody.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: June 15, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender<br>Attorney for JOSIAH HERENA |
| DATED: June 15, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|  | */s/ Samuel E. Stefanki*<br>SAMUEL R. STEFANKI<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Conditions of Supervision for defendant, Josiah Herena, be Amended to add the following condition:

> The defendant shall reside and participate in a residential community corrections center, for a period of up to 180 days; said placement shall commence as directed by the Probation Officer pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

IT IS SO ORDERED.

Dated:  June 16, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE