HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorney for Defendant
JOSIAH HERENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSIAH HERENA,<br><br>　　　　　Defendant. | No. 2:16-cr-00185-MCE<br><br>**ORDER TO CONTINUE DETENTION HEARING** |

**ORDER**

The request to continue the detention hearing is adopted in its entirety.  The detention hearing set for September 23, 2021 is continued to September 24, 2021 at 2:00 p.m.

Dated: September 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE