HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSIAH HERENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   2:16-cr-185 MCE |
|---|---|
| Plaintiff, | |
| vs. | JOINT REQUEST TO VACATE CALENDAR DATE |
| JOSIAH HERENA, | Time: 2:00 P.M. |
| Defendant. | Date: November 2, 2021, |
|  | Court: Honorable Carolyn K. Delaney |

The parties jointly request that the above-encaptioned matter be VACATED. There is no need to make further findings at this time. Mr. Herena is currently scheduled for a hearing before the District Judge on November 4, 2021.

                                                    Respectfully submitted,

DATED: November 2, 2021        HEATHER E. WILLIAMS
                                         Federal Defender

                                           */s/ Hannah R. Labaree*
                                           HANNAH R. LABAREE
                                           Assistant Federal Defender
                                           Attorney for JOSIAH HERENA

DATED: November 2, 2021        PHILLIP A. TALBERT
                                         Acting United States Attorney

                                           */s/ Samuel Stefanki*
                                           SAMUEL STEFANKI
                                           Assistant United States Attorney

**ORDER**

Pursuant to the parties' request, the above court date is hereby VACATED.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE