HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSIAH HERENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIAH HERENA,<br><br>Defendant. | Case No. 2:16-cr-185 MCE<br><br>STIPULATION AND ORDER FOR AMENDMENT OF TERMS OF SUPERVISED RELEASE AND RELEASE OF DEFENDANT-SUPERVISED RELEASEE<br><br>Honorable Kendall J. Newman |

The defendant-supervised releasee, JOSIAH HERENA, made his initial appearance before the Magistrate Court on a petition alleging violation of his supervised release, on September 20, 2021. CR 76. He was detained after a hearing on September 24. CR 80. He remains in custody at the Sacramento County Jail. He appeared before this Court on September 30, at which time he denied the charge in the petition and set the matter for a revocation hearing. CR 82. That hearing is currently set for November 4, 2021. CR 84.

The single charge alleged in the petition is a new law violation based on an arrest on June 17, 2021, in Santa Clara County. *See* CR 72. Charges based on the conduct underlying the arrest were filed on July 23, 2021.

Because of the procedural posture of this case, Mr. Herena cannot respond to the alleged violation of his supervised release in any way but to proceed to a revocation hearing. Rather than do that, the parties have conferred extensively and have conceived of amended conditions of release that will ensure the safety of the community and Mr. Herena's future appearance in

federal court so that he may be released from federal custody and answer the charges in Santa Clara County.

The Probation Officer has no objection to these proposed conditions and the Proposed Amended Conditions of release are attached hereto as Exhibit A. In summary, the additional conditions state:

- Mr. Herena will release to his mother's residence in Stockton, CA;
- He will be placed on home detention, to be enforced by ankle monitor;
- He may leave the home for employment, employment search related needs, meeting with his attorneys in Sacramento or Santa Clara County, court appearances, and medical needs.

If and when Mr. Herena obtains steady employment, the parties will re-confer about setting a curfew to allow for his attendance at that job.

The parties believe that these conditions satisfy the defendant's burden under 18 U.S.C. § 3143, to mitigate any danger and/or risk of nonappearance. The parties therefore respectfully request that this Court sign the proposed release order and impose the attached Proposed Amended Conditions of supervised release.

The parties and the probation officer further request that the Court vacate the hearing in this matter presently set for November 4, 2021.  The parties and the probation officer will monitor the progress of Mr. Herena's state case and will place the matter on the Court's calendar for further hearing upon the state case's resolution.

Respectfully submitted,

DATED: November 2, 2021            HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Hannah R. Labaree
                                   HANNAH R. LABAREE
                                   Assistant Federal Defender
                                   Attorney for JOSIAH HERENA

STIPULATION AND ORDER FOR
AMENDMENT OF SUPERVISED RELEASE
CONDITIONS AND RELEASE OF
DEFENDANT-SUPERVISED RELEASEE

| | |
|---|---|
| DATED: November 2, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Samuel Stefanki*<br>SAMUEL STEFANKI<br>Assistant United States Attorney |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Amended Conditions of Supervised Release are ADOPTED in full, and that Mr. Herena is ordered RELEASED forthwith. The hearing presently set for November 4, 2021, is hereby VACATED. The parties shall place the matter back on calendar or further alert the Court as to the status of the case within six months from the date of this Order.

   IT IS SO ORDERED.

DATED:  November 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
AMENDMENT OF SUPERVISED RELEASE
CONDITIONS AND RELEASE OF
DEFENDANT-SUPERVISED RELEASEE